UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK        ECF
---------------------------------------------------------------X
TRUSTEES OF THE TEAMSTERS LOCAL 456          Index:
ANNUITY, EDUCATION & TRAINING, S.U.B.,
INDUSTRY ADVANCEMENT AND LEGAL SERVICES      **ROBINSON**
FUNDS AND THE WESTCHESTER TEAMSTERS
LOCAL UNION NO. 456 ,                        RULE 7.1

                                             **08 CIV. 5770**
                Plaintiffs,

        -against-
RIDENHOUR TRUCKING INC.,

                Defendant.
---------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

    None.


Dated:  June 18, 2008

                                    _____
                                    Karin Arrospide, Esq. (KA9319)
                                    Barnes, Iaccarino, Virginia,
                                    Ambinder & Shepherd
                                    258 Saw Mill River Road
                                    Elmsford, NY 10523
                                    (914) 592-1515