# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFAREANNUITY, EDUCATION & TRAINING, S.U.B. INDUSTRY ADVANCEMENT AND LEGAL SERVICES FUNDS AND THE WESTCHESTER TEAMSTERS LOCAL UNION NO. 456,

            Plaintiffs,

 -against-               08 Civ. 5770 (SCR)

                   **SUBSTITUTION OF ATTORNEY**

RIDENHOUR TRUCKING INC.,

            Defendants.

---------------------------------------------------------------x

  PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, NY
July 28, 2008

                  Barnes, Iaccarino, Virginia,
                  Ambinder & Shepherd, PLLC

                  By: _____
                  Giacchino Russo, Esq.
                  258 Saw Mill River Road
                  Elmsford, NY 10523
                  (914) 592-1515

SO ORDERED:

_____
HONORABLE JUDGE STEPHEN C. ROBINSON, U.S.D.J