UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION,
HEALTH & WELFAREANNUITY, EDUCATION & TRAINING,
S.U.B. INDUSTRY ADVANCEMENT AND LEGAL SERVICES
FUNDS AND THE WESTCHESTER TEAMSTERS LOCAL
UNION NO. 456,

                              Plaintiffs,

-against-                                    08 Civ. 5770 (SCR)

                                            **SUBSTITUTION OF**
                                            **ATTORNEY**

RIDENHOUR TRUCKING INC.,
                              Defendants.
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE, that Karin Arrospide, Esq., who was counsel of record for Plaintiff(s) in this action, is no longer associated with this firm, and that Giacchino Russo, Esq. is hereby substituted as counsel of record.

Dated: Elmsford, NY
       August 26, 2008

                                                  Barnes, Iaccarino, Virginia,
                                                  Ambinder & Shepherd, PLLC

                                                  By: _____
                                                    Giacchino Russo, Esq. (GR8313)
                                                    258 Saw Mill River Road
                                                    Elmsford, NY 10523
                                                    (914) 592-1515

SO ORDERED:
_____
HONORABLE JUDGE STEPHEN C. ROBINSON, U.S.D.J

Date: August 29, 2008
White Plains, NY